UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Network America, Inc.,
a Minnesota corporation,

Plaintiff,

Court File No. 01-CV-911 RHK/SRN

vs.

Sean T. Barnicle,

Defendant.

**STIPULATION FOR REMAND TO MINNESOTA STATE DISTRICT COURT AND ORDER FOR REMAND**

**STIPULATION**

**WHEREAS** Network America commenced an action in the First Judicial District, Dakota County, State of Minnesota against Barnicle, which is captioned, Network America, Inc., a Minnesota corporation v. Sean T. Barnicle, Court File No. C4-01-7606 (hereinafter "Lawsuit");

**WHEREAS** in the Lawsuit, Network America alleged various claims against Barnicle for breach of contract, breach of a non-compete and confidentiality agreement, violation of the Minnesota Trade Secrets Act, and other claims;

**WHEREAS** in the course of the Lawsuit, Network sought and obtained an Order for a Temporary Restraining Order ("Order") enjoining certain actions by Barnicle and requiring Barnicle to return to Network America certain equipment, documents, and other forms of information belonging to and/or relating to Network America. The Order included an award of attorneys' fees and costs against Barnicle in favor of Network America;

FILED JUL 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS** on May 24, 2001, Barnicle removed the Lawsuit to U.S. District Court, for the District of Minnesota;

**WHEREAS** the Parties have reached a settlement and agree that the Lawsuit should be remanded to Dakota County District Court, State of Minnesota, for dismissal in accordance with their settlement agreement;

**THEREFORE**, it is hereby stipulated and agreed by and between the above-named Parties, through their undersigned counsel, that the above-entitled action should be remanded to Dakota County District Court, State of Minnesota.

This Stipulation may be executed in counterparts.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By Kathy S. Kimmel
John D. Thompson (178676)
Kathy S. Kimmel (268823)
Attorneys for Plaintiff Network America, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8973, 340-8982

Dated: July 11, 2001

FREDRIKSON & BYRON

By Richard Snyder
Richard Snyder (191292)
Attorneys for Defendant Sean Barnicle
900 Second Avenue South,
Suite 1100
Minneapolis, Minnesota 55402
(612) 347-7145

Dated: 7/12, 2001

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby remanded to Dakota County District Court, State of Minnesota. The Parties shall pay their own respective costs and fees relating to the remand.

IT IS HEREBY ORDERED.

Dated: 7/23, 2001

BY THE COURT

Judge of District Court

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500